NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NETFLIX, INC.,**

*Plaintiff/Counterclaim Defendant-Appellee*

**v.**

**ROVI CORPORATION, ROVI TECHNOLOGIES CORPORATION, ROVI GUIDES, INC., FKA GEMSTAR-TV GUIDE INTERNATIONAL, INC., UNITED VIDEO PROPERTIES, INC.,**

*Defendants/Counterclaimants-Appellants*

**APTIV DIGITAL, INC., STARSIGHT TELECAST, INC.,**

*Counterclaimants-Appellants*

---

2015-1917

---

Appeal from the United States District Court for the Northern District of California in No. 4:11-cv-06591-PJH, Judge Phyllis J. Hamilton.

---

**JUDGMENT**

---

MICHAEL SOONUK KWUN, Keker & Van Nest, LLP, San Francisco, CA, argued for plaintiff/counterclaim de-

fendant-appellee. Also represented by ASHOK RAMANI, SHARIF E. JACOB, EDWARD A. BAYLEY.

JEFFREY A. LAMKEN, MoloLamken LLP, Washington, DC, argued for defendants/counterclaimants-appellants and counterclaimants-appellants. Also represented by MICHAEL GREGORY PATTILLO, JR.; JOHN M. WHEALAN, Chevy Chase, MD; LAWRENCE MILTON HADLEY, RODERICK GEORGE DORMAN, McKool Smith Hennigan, P.C., Los Angeles, CA; JOEL LANCE THOLLANDER, McKool Smith, PC, Austin, TX.

CHARLES R. MACEDO, Amster Rothstein & Ebenstein LLP, New York, NY, for amici curiae Broadband iTV, Inc., Double Rock Corporation, Island Intellectual Property, LLC, Access Control Advantage, Inc., Fairway Financial U.S., Inc. Also represented by SANDRA A. HUDAK.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (LOURIE, MOORE, and O'MALLEY, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


 November 7, 2016                   /s/ Peter R. Marksteiner
         Date                              Peter R. Marksteiner
                                           Clerk of Court